UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DR. DAVID H. BRAUNSTEIN,                                           Plaintiff,

v.                                              Civil Action No. 3:19-cv-915-DJH

DELTA DENTAL PLANS ASSOCIATION
et al.,                                                           Defendants.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation and proposed order regarding Defendants' time to respond to Plaintiff's complaint.  (Docket No. 5)  The stipulation states that there is currently a motion pending before the United States Judicial Panel on Multidistrict Litigation to consolidate this and other related civil actions for pretrial proceedings.  (*Id.*, PageID # 99)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)      If the JPML orders that the pretrial proceedings in this action be coordinated or consolidated with any other action in a single district pursuant to 28 U.S.C. § 1407, Defendants shall, as permitted by Federal Rule of Civil Procedure 12, answer, move, or otherwise plead in response to the operative complaint **within sixty (60) days** after the plaintiffs in the coordinated or consolidated actions serve a consolidated amended complaint, unless otherwise ordered by the MDL transferee court.  If Defendants move in response to the operative complaint, Plaintiff will have the same time to oppose as provided to Defendants to move.

(2)      If the JPML does not order that the pretrial proceedings in this action be coordinated or consolidated with any other action in a single district then Defendants shall answer, move, or otherwise plead in response to the operative complaint **within thirty (30) days** after service of the

1

JPML ruling unless otherwise ordered.  If Defendants respond to the operative complaint by filing a motion under Rule 12, Plaintiff shall have **thirty (30) days** to file a response in opposition, after which Defendants shall have **twenty-one (21) days** to file a reply.

(3)     This action is **STAYED** for all purposes pending a decision by the JPML and shall not proceed except as outlined above.

January 22, 2020

**David J. Hale, Judge**
**United States District Court**

2